1  PAUL E. CAPRIOGLIO, #055516
   ATTORNEY AT LAW
2  1327 N Street
   Fresno, California 93721
3  Tel. (559) 233-5151
   Fax (559) 233-9403
4

5  Attorney for **Defendant**

*NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
JUN 2 6 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA*

**FILED**

JUN 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

11 | United States of America,           )   CR. F. NO. 06-149 M
12 |        Plaintiff,                   )
13 |            v.                       )   SUBSTITUTION OF ATTORNEYS
14 | David Panyanouvang,                 )
15 |        Defendant.                   )
   |_____)

17         NOTICE IS HEREBY GIVEN, that Defendant, DAVID PANYANOUVONG hereby

18 substitutes and appoints PAUL E. CAPRIOGLIO, as his attorney of record in the above-entitled

19 case.

20         I hereby acknowledge and consent to this substitution.

21 Date: 6-26-06

                                                      _____
                                                      David Panyanouvong, Defendant

23         I hereby acknowledge and consent to this substitution.

24 Dated: 6-26-06
                                                      _____
                                                      Paul E. Caprioglio
25                                                    Attorney at Law
                                                      1327 "N" Street, Fresno, CA. 93721
26                                                    Tel: (559) 233-5151

           IT IS SO ORDERED
27 Dated: 6-26-06
                                                      _____
28                                                    JUDGE