McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00233 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| DAVID PANYANOUVONG, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for **July 28, 2006** may be continued to **September 5, 2006 at 1:30 p.m.**

This request is being made due to the fact that the parties are attempting to resolve the matter and defense counsel has a calendar conflict with the date presently set. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including

//
//
//
//
//
//

but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: July 21, 2006                McGREGOR W. SCOTT
                                    United States Attorney

                                    By: /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant U.S. Attorney


Dated: July 21, 2006                /s/ Paul E. Caprioglio
                                    PAUL E. CAPRIOGLIO
                                    Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   July 21, 2006**                /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

2