| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID PANYANOUVONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00233 OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE AND HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| DAVID PANYANOUVONG, | ) | Date: July 30, 2007 |
| | ) | Time: 1:30 P.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before June 29, 2007, responses shall be filed on or before July 16, 2007, **and the hearing on motions now set for June 11, 2007, may be continued to July 30, 2007, at 1:30 P.M.**

This request for continuance is made by counsel for defendant because counsel has become aware of several issues of some complexity which require additional time for investigation and research prior to preparation of appropriate motions on behalf of defendant prior to hearing. Counsel for defendant is currently out of her office and will not return until June 11, 2007, the date now set for hearing. The requested extension of time will conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2007    By:    /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: MAY 29, 2007    By:    /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
DAVID PANYANOUVONG

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 31, 2007**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE