| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID PANYANOUVONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00233 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) SCHEDULE AND HEARING; ORDER |
| v. | ) THEREON |
| DAVID PANYANOUVONG, | ) Date: September 24, 2007 |
| | ) Time: 1:30 P.M. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before August 20, 2007, responses shall be filed on or before September 10, 2007, **and the hearing on motions now set for July 30, 2007, may be continued to September 24, 2007, at 1:30 P.M.**

This request for continuance is made by counsel for defendant because counsel requires additional time to investigate and do research relating to several issues of some complexity prior to preparation of appropriate motions on behalf of defendant prior to hearing. A Hmong interpreter is required for counsel to meet with defendant and review matters, necessitating scheduling of appointments when an interpreter is available. The requested extension of time will conserve time and resources for both parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 26, 2007     By:   /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: July 26, 2007     By:   /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
DAVID PANYANOUVONG

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 27, 2007**           /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE