| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID PANYANOUVONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00233 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING / STATUS CONFERENCE; ORDER |
| v. | ) | THEREON |
| | ) | |
| DAVID PANYANOUVONG, | ) | Date: April 14, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing currently set for March 17, 2008, be set for further status to **April 14, 2008, at 9:00 a.m.**

This request for continuance is made by counsel for both parties for further status and possible change of plea and it is made on the grounds that the parties have been meeting and negotiating in the hopes of a possible likely resolution.

///

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                                              McGREGOR W. SCOTT
                                                              United States Attorney

DATED: March 13, 2008                               By:   /s/ Laurel J. Montoya
                                                                        LAUREL J. MONTOYA
                                                                       Assistant United States Attorney
                                                                       Attorney for Plaintiff

                                                                       DANIEL J. BRODERICK
                                                                       Federal Public Defender

DATED: March 13, 2008                               By:   /s/ Ann H. Voris
                                                                       ANN H. VORIS
                                                                       Assistant Federal Defender
                                                                       Attorneys for Defendant
                                                                       DAVID PANYANOUVONG

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

    IT IS SO ORDERED.

**Dated:   March 13, 2008**                       **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE